# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MENDOZA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VALLEY TRANSPORTATION, INC., et al.,<br><br>　　　　　Defendants. | Case No.  1: 21-cv-01786-DAD-SAB<br><br>ORDER DIRECTING PARTIES TO PROCEED UNDER BRIEFING SCHEDULE SET BY DISTRICT JUDGE<br><br>(ECF Nos. 13, 14, 15) |

　　　　This action was removed to this Court on December 17, 2021.  (ECF No. 1.)  On December 27, 2021, Defendants filed a motion to dismiss.  (ECF No. 7.)  On January 11, 2022, Plaintiff filed a first amended complaint, and the motion to dismiss was denied as moot.  (ECF Nos. 10, 11.)  On January 20, 2022, Defendants filed an answer to the first amended complaint.  (ECF No. 12.)  On February 7, 2022, Plaintiff filed an *ex parte* application for an order dismissing this action pursuant to Federal Rule of Civil Procedure 41(a)(2).  (ECF No. 13.)  On February 8, 2022, the District Judge assigned to this action issued a minute order setting a briefing schedule on the application.  (ECF No. 14.)  On the same date, the undersigned issued an order setting a briefing schedule on the application, and that order was also docketed without knowledge of the previous order issued by the District Judge.  The Court issues this order to inform the parties to disregard the briefing schedule set forth in docket entry number 15, and instead proceed under the briefing schedule set by the District Judge by the minute order at docket entry number 14.)

1

Accordingly, IT IS HEREBY ORDERED that the briefing schedule set forth at docket entry number 15 is withdrawn and shall be disregarded, and the parties shall proceed under the instruction and briefing schedule set forth by the District Judge by the minute order at docket entry number 14.

IT IS SO ORDERED.

Dated:   **February 8, 2022**

UNITED STATES MAGISTRATE JUDGE